# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142302

DAWN A. G. KULONGOWSKI, D.D.S.,
HEATHER L. ZIELINSKI, D.D.S., and
PLATINUM PROFESSIONALS, P.C.,
        Plaintiffs-Appellees,

v

                                      SC: 142302
COA: 293996
Oakland CC: 2009-098520-CK

DAVID L. BROWER, D.D.S., DAVID L.
BROWER, D.D.S., P.C., and LARAINE K.
BROWER,
        Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the November 9, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

p0418